# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/5/2015 4:07:06 PM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known): **12** -**14**          -**00243**          -**CV**

Trial Court Style: In the Matter of the Marriage of Rusty Burnett Abney and Sandee Caprice Abney and in the

interest of Breeana Caprice Abney and Britton Stanley Abney, Children

Trial Court & County: 3rd District Henderson County

Trial Court No.:2013C-0589

Date Trial Clerk's Record Originally Due:

Date Court Reporter's/Recorder's Record Originally Due: Novemeber 20, 2014

Anticipated Number of Pages of Record: N/A

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:  (Check all that apply - attach additional pages if necessary.)

☐ to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☐ my duties listed below preclude working on this record:


☐ Other.  (Explain.): I received a letter from Mr. Rusty Abney stating that he no longer needed the record or the appeal.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by _____ , and **I hereby request an additional _____ days** within which to prepare it.  TEX. R. APP. P. 37.3.


In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.


Date January 5, 2015                     Signature *Brandi Ray*

Office Phone Number    903- 676-4039       Printed Name

E-mail Address (if available)

Official Title

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

> *Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:
>
> (1) the date and manner of service;
> (2) the name and addresses of each person served; and
> (3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:                    Lead Counsel for **APPELLEE(S)**:


Name:_____          Name:

Address:_____         Address:

_____

Phone no.:_____         Phone no.:

Attorney for:_____        Attorney for:



Lead Counsel for **APPELLANT(S)**:                    Lead Counsel for **APPELLEE(S)**:

Name:_____          Name:

Address:_____         Address:

_____

Phone no.:_____         Phone no.:

Attorney for:_____        Attorney for:


Additional                    information,                    if                    any: